Bouyer, James H. II　　　　　　　　　　　　　　　　　　　　　　　09-12802

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE LOGO FADING IN THE BACKGROUND

**THE BANK OF NEW YORK MELLON**
500 Ross Street, Suite 154-0510, Pittsburgh, PA 15262

117
60-249 / 433

AARON CAILLOUET, Trustee
401 MENARD STREET
THIBODAUX LA 70301

**VOID AFTER 90 DAYS**

Regarding
BOUYER, JAMES H., II, BOUYER, DAPHNE CORNELIUS (09-12802 B)
92003501357466
COMBINED SMALL CHECK

TID # 380220

Date　09/28/2010

$ ***********3.17

~~~Three Dollars and 17/100

Pay to the Order of
Clerk, U.S. Bankruptcy Court
500 Poydras Street, Room B-601
New Orleans LA 70130

AARON CAILLOUET, Trustee

⑈000000117⑈ ⑆043302493⑆ 92003501357466⑈

---

UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

# 227715　　- JN
* * C O P Y * *
October 04, 2010
　09:45:43

UNC.UNDER$25
09-12802
Debtor.: JAMES H. BOUYER
Trustee: Aaron Caillouet
Amount.:　　　　　　　$3.17 CH
Check#.: 117

Total-> $3.17

FROM: CAILLOUET

Printed: 09/28/10 09:53 AM

Page: 1

## Claims Distribution Small Checks

**Case:** 09-12802 - BOUYER, JAMES H., II

**Trustee: AARON CAILLOUET (380220)**

| Account No. | Check No. | Issued | Claim No. | Filed | Payee: | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 9200350135746 | 117 | 09/28/10 | 2 | 09/18/09 | Clerk, U.S. Bankruptcy Court | 610 | B-Real, LLC | 105.00 | 105.00 | 3.17 | 3.17 |

Check Amount: $3.17

(*) Denotes objection to Amount Filed